UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW LUCAS AYOTTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 09-578-B-W |
| FAMILY DOLLAR STORE, et al., | ) ) ) |
| Defendants. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed December 15, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED in its entirety for plaintiff's failure to prosecute the action and because this court lacks subject matter jurisdiction.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 6th day of January, 2010